AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>MAC DAVID MCCLAIN<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)  Case No.  1:25-mj-81<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 24, 2025__ in the county of __Hamilton__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 875(c) | Interstate threat to injure the person of another. |

This criminal complaint is based on these facts:
See Affidavit of FBI Special Agent Terri Lynn M. James, attached hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Terri Lynn M. James, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/10/2025

_____
*Judge's signature*

City and state: Chattanooga, TN

US Magistrate Judge Christopher H. Steger
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-mj-<u>81</u> |
| | ) | |
| MAC DAVID MCCLAIN | ) | <u>FILED UNDER SEAL</u> |

**AFFIDAVIT IN SUPPORT
OF A CRIMINAL COMPLAINT**

1. I, Terri Lynn M. James, being first duly sworn, hereby depose and state as follows:

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2007. I am currently assigned to the FBI's Chattanooga Resident Agency ("Chattanooga RA"). In this capacity, I am charged with investigating possible violations of federal criminal law. By virtue of my FBI employment, I perform and have performed a variety of investigative tasks, including functioning as a case agent on criminal cases. At the start of my employment, I received training on how to conduct criminal investigations at the FBI Academy in Quantico, Virginia. I have also received training and gained experience in interviewing and interrogation techniques, the execution of federal search warrants, seizures, and the identification and collection of evidence. During my time in law enforcement, I have gained training and field experience in a variety of investigative and legal matters, including violations of federal law associated with threats and violent crimes, to include matters involving direct assaults against federal officials, and I have worked alongside partners with experience in violations involving intimidation of a federal official by threats of death. I am a law enforcement officer who is engaged in enforcing the criminal laws, and I am authorized by the Attorney General to carry a

firearm, execute warrants, make arrests for offenses against the United States, and to perform other duties authorized by law.

3. As further described below, this affidavit is made in support of a criminal complaint against Mac David McClain, for violating Title 18, United States Code, Section 875(c) (interstate threat to injure the person of another).

4. The statements set forth in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, and investigative reports and documents. This affidavit is intended to set forth probable cause in support of a criminal complaint and does not purport to set forth all my knowledge regarding the investigation.

5. On or about March 24, 2025, the FBI Chattanooga RA received a threatening voicemail message from phone number 323-493-4192 by a person identifying himself as Mac McClain and speaking in a rapid, direct, and enraged tone (the "Voicemail Threat"). The Voicemail Threat, approximately one minute and thirty seconds in duration, was transcribed as follows:

> "Mac McLain here, still in goddamn Los Angeles, California. I've been calling you goddamn, stupid motherfuckers, feds all over the goddamn, fucking country, to get me the fuck out of here, you stupid, worthless shit. You gotta know what in the goddamn fuck's been going on. Every fucking thing against my goddamn consent and will. Outside, air content, every goddamn breath, every fucking molecule's a raping of my anatomy. Every piece of shit, worthless, fucking retard. And all the goddamn counties here is participating in goddamn drive-bys, blowing that shit all over me. You worthless, lazy, fucking feds, fucking piece of shit, faggot, fuck! Hey, if I gotta fuck the devil himself when I get to hell, motherfuckers, and get revenge on some of you lazy fucks – not just the ones who participating – for not doing your goddamn job. Execution-style, hogtied, naked, face-down. Get your family members with an assault rifle, twenty-seven hundred per per [sic] second, back of the skull. Blow their brains all over you worthless fucks in that goddamn Chattanooga office and make you fucking watch and then skin you with a fucking potato peeler and burn you the fuck alive. Do your fucking job! Get the fuck it – out – of your goddamn fucking nap! Get me the

2

fuck out of the goddamn fucking county! [Redacted numbers].[1] I'm in the middle of Hollywood. You have any helicopters go up and over, you worthless piece of shit, fucking nothing, goddamn fucks? Get me the fuck outta here, you fucking faggot! Take it personal! Do you know what protocol is when I say I'm coming there to burn your fucking office down? And execute your family? Do your fucking job! Middle of the Hollywood, I'm out on the sidewalk. You fucking lazy fucks."

6. A search of the name Mac McClain and the phone number 323-493-4192 (the "Target Phone Number") revealed that McClain has a history of making concerning statements and making prior threats against the FBI and the Department of Justice (DOJ).

7. In February 2024, McClain contacted the FBI's National Threat Operations Center, cursing and making non-specific references to the Denver airport, the United States Drug Enforcement Administration (DEA), and FBI, and stating that no one inside the airport was safe. When later contacted by the FBI, McClain explained over text that he had "miscalculated" and stated the call was related to a monetary dispute with Frontier Airlines, and that there was no actual threat to the Denver Airport.

8. In May 2024, a Facebook post by McClain specifically threatened an FBI agent and the agent's family, as well as a DOJ deputy assistant program director. McClain also allegedly threatened his (McClain's) brother-in-law, who is serving overseas in the U.S. military. The matter was referred to the Los Angeles Police Department.

9. As a result of its current investigation into McClain, the FBI learned that McClain has an active arrest warrant with the Cleveland, Tennessee, Police Department ("Cleveland PD") from a 2023 incident regarding threats of mass violence. Further review indicates McClain

---

[1] This is McClean's Social Security number.

appears in an extensive number of police reports (approximately 40 at initial count) from Cleveland, Tennessee.[2]

10. An FBI Task Force Officer (TFO) who is familiar with McClain advised that McClain is known to behave erratically and to rant on social media against the government.

11. On March 26, 2025, a special agent from the Chattanooga RA contacted members of McClain's family, who confirmed that McClain was then in Hollywood, did not have a job and was most likely homeless, and was believed to be unlikely to have the means to travel to Tennessee.

12. On April 1, 2025, the FBI obtained an emergency disclosure from Verizon on the Target Phone Number and confirmed McClain was the current subscriber, using a prepaid TracFone that was activated on March 2, 2025. Verizon stated that the last known location of the phone was within 110 meters of a location (specified by latitude/longitude coordinates) in the Hollywood neighborhood of Los Angeles, California. Verizon returned an address provided by McClain: 1533 Schrader Boulevard, Los Angeles, California 90028. Records indicated the account remained active.

13. On April 8, 2025, the FBI received information that McClain had texted a family member, stating the following over multiple texts:

- "I'm taking out revenge on everyone did fuck here in Los sngeles [sic] one day. Everyone. All you quacks raped the fuck outta me with air content n murdered my kids I don't have n forced me nor to be able to use my own cock n balls. I'll git all of you like fish in your families."

---

[2] At the time of this writing, not all reports from the Cleveland PD have been examined. Affiant acknowledges that some of these reports might reference McClain in a non-criminal capacity (e.g., as a victim), and/or might involve non-criminal matters (e.g., traffic violations, etc.).

4

- "All los Angeles county didn't ever do one thing to alleviate a raping an I'll have an assault rifle one day and make sure none of you ever do it again to anyone who else."
- "I got pictures of many of you and numbers and I'll execute all of you one shot to the back of the head face down naked n hogtied"

14. On April 8, 2025, an FBI TFO played the Voicemail Threat for a family member of McClain, who positively identified the voice in the Voicemail Threat as McClain's. Additionally, the family member said the family member received a new text message from McClain that same day, which stated the following:

- "I hate you and [redacted] and every piece of shit in this country and everybody in Bradley, Cobb, and Los Angeles...the air content kills sprrm so it's impossible every breath someone gets away with violating my anatomy and constitutional rights ?!!! I'm gonna pick a random fuckung idiot in a wheel chair god damn it push them in front of mta train car or drop stimulants in an elderly persons drink at q busy restaurant somebody's gonna start to listen god damn it eventually Fuck all you pathetic quacks."

5

15. Based on the foregoing, I respectfully submit there is probable cause to believe that McClain violated Title 18, United States Code, Section 875(c), when he left the threatening voicemail message at the FBI Chattanooga RA in Chattanooga, Tennessee, on or about March 24, 2025, while he was in or around Los Angeles, California.

Respectfully submitted,

*Terri James* (signature)

Terri Lynn M. James
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on April **10**, 2025.

_____
HON. CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE

6